IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

Case No.: 9:12-cv-81040-RSR

| | |
|---|---|
| ALICE EPPS<br>    Plaintiff,<br><br>v.<br><br><br>OCWEN FINANCIAL CORPORATION<br>And DOES 1 through 10, inclusive,<br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SETTLEMENT

NOW COMES, Plaintiff, Alice Epps, by and through the undersigned counsel and hereby informs the Court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be completed within the next 30 days.

Plaintiff therefore requests that this honorable Court vacate all dates currently set on the calendar for the present matter.

Respectfully submitted,

Dated: January 9, 2013

By: Benjamin H. Crumley
Benjamin H. Crumley
Crumley & Wolfe PA
Florida Bar No.: 018284
2254 Riverside Avenue
Jacksonville, Florida 32204
T: 904-374-0111
Fax: 904-374-0113
ben@cwbfl.com

*Attorneys for Plaintifft,*
*Alice Epps*