UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

| | |
|---|---|
| **ALICE EPPS ,**<br>　　　Plaintiff,<br><br>vs.<br><br>**OCWEN FINANCIAL CORPORATION;**<br>**and DOES 1 through 10, inclusive,**<br>　　　Defendant. | Civil Action No.:<br>**12-81040-CIV-ROSENBAUM** |

　　　Plaintiff, Alice Epps, by counsel, and Defendant, Ocwen Financial Corporation, by counsel, hereby stipulate and agree that all matters herein between them have been compromised and settled, and that Plaintiff's cause against Ocwen Financial Corporation should be dismissed, with prejudice.

　　　The parties further stipulate and agree that this Court will retain jurisdiction for the limited purpose of enforcing this settlement.   This stipulation to dismiss is contingent on the Court retaining jurisdiction for enforcing settlement.  The parties thereby have the ability to seek enforcement of the settlement with this court if necessary.

　　　　　　　　　　　　　　　　　　　　　　　　RESPECTFULLY SUBMITTED,
　　　　　　　　　　　　　　　　　　　　　　　　By: /s/ Benjamin H. Crumley
　　　　　　　　　　　　　　　　　　　　　　　　Benjamin H. Crumley, Esq.
　　　　　　　　　　　　　　　　　　　　　　　　Florida Bar No. 018284
　　　　　　　　　　　　　　　　　　　　　　　　Crumley & Wolfe, P.A.
　　　　　　　　　　　　　　　　　　　　　　　　2254 Riverside Avenue
　　　　　　　　　　　　　　　　　　　　　　　　Jacksonville, FL 32204
　　　　　　　　　　　　　　　　　　　　　　　　Phone: (904) 374-0111
　　　　　　　　　　　　　　　　　　　　　　　　Fax: (904) 374-0113
　　　　　　　　　　　　　　　　　　　　　　　　Email: ben@cwbfl.com
　　　　　　　　　　　　　　　　　　　　　　　　*Attorney for Plaintiff*

2

**AKERMAN SENTERFITT**
**/s/** Adam G. Schwartz
VICTOR R. BERWIN
Florida Bar No.: 823821
victor.berwin@akerman.com
ADAM G. SCHWARTZ
Florida Bar No.: 26978
adam.schwartz@akerman.com
222 Lakeview Avenue, Suite 400
West Palm Beach, Florida 33401
Telephone: 561-671-3626
Facsimile: 561-659-6313
– and –
WILLIAM P. HELLER
Florida Bar No.: 987263
Las Olas Centre II, Suite 1600
50 East Las Olas Boulevard
Fort Lauderdale, Florida 33301-2229
william.heller@akerman.com
Telephone: 954-463-2700
Facsimile: 954-463-2224
*Counsel for Defendant,*
*Ocwen Financial Corporation*