UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 12-81040-CIV-ROSENBAUM

ALICE EPPS,

      Plaintiff,

v.

OCWEN FINANCIAL CORPORATION,
and DOES 1 THROUGH 10,

      Defendants.

_____/

## FINAL ORDER OF DISMISSAL

This matter is before the Court upon the parties' Joint Stipulation for Dismissal With Prejudice. [D.E. 11]. In this filing, the parties stipulate to the dismissal with prejudice of this case pursuant to Rule 41(a)(1)(A)(ii), Fed. R. Civ. P. Upon consideration, it is hereby **ORDERED and ADJUDGED** that the parties' Joint Stipulation for Dismissal With Prejudice [D.E. 11] is approved and adopted, and the above-styled case is hereby **DISMISSED WITH PREJUDICE**. The Court shall retain jurisdiction to enforce the terms of the settlement. To the extent not otherwise disposed of, all pending motions are hereby **DENIED AS MOOT**. The Clerk is directed to **CLOSE** this matter.

**DONE and ORDERED** in Fort Lauderdale, Florida, this 22nd day of January 2013.

                                                 ROBIN S. ROSENBAUM
                                                 UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of record